*E-FILED - 5/7/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WING YUT CHENG, | ) | No. C 07-2232 RMW (PR) |
| Petitioner, | ) ) | ORDER DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY; DENYING PETITIONER'S MOTION FOR RECONSIDERATION |
| vs. | ) ) ) | |
| ANTHONY HEDGPETH, et al., | ) ) | |
| Respondents. | ) ) | (Docket Nos. 6, 7) |

Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 22, 2007, the court dismissed the instant petition as a second or successive petition pursuant to 28 U.S.C. § 2244(b) and entered judgment. Petitioner filed a notice of appeal and a request for a certificate of appealability. Petitioner also filed a motion for reconsideration as to the court's dismissal. Based upon the reasons set forth below, the court DENIES petitioner's request for a certificate of appealability and motion for reconsideration.

**DISCUSSION**

A.  <u>Request for Certificate of Appealability</u>

Upon the filing of a notice of appeal and a request for a certificate of appealability (COA), the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted.

1  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C.
2  § 2253(c)(3)).
3     The court found that the instant petition was a second or successive petition
4  because petitioner raised the same claims in the instant petition as in his earlier habeas
5  action, in case no. C 01-20956 RMW (PR). See Petition at 6.  The instant petition
6  challenges the same conviction and sentence as the earlier petition, in case no. C 01-
7  20956 RMW (PR), which was denied on the merits.
8     The court concludes that petitioner has not shown "that jurists of reason would
9  find it debatable whether the petition states a valid claim of the denial of a constitutional
10 right and that jurists of reason would find it debatable whether the district court was
11 correct in its procedural ruling."  Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000).
12 Accordingly, petitioner's request for a certificate of appealability (docket no. 6) is
13 DENIED.
14 B.   Motion for Reconsideration
15     Petitioner has filed a motion for reconsideration of the court's dismissal order.
16 Petitioner requests that the court rescind its earlier dismissal and allow him to proceed
17 with his meritorious claims.  The court finds that petitioner has not shown good cause for
18 the court to reconsider its earlier dismissal order.  Before a second or successive petition
19 may be filed in the district court, petitioner must first obtain an order from the court of
20 appeals authorizing the district court to consider the petition.  See 28 U.S.C. §
21 2244(b)(3)(A).  Petitioner has not presented this court with an order from the court of
22 appeals authorizing review of his second or successive petition.  Therefore, petitioner's
23 motion for reconsideration (docket no. 7) is DENIED without prejudice.
24 ///
25 ///
26 ///
27 ///
28 ///

1 **CONCLUSION**

2 Petitioner's request for a certificate of appealability (docket no. 6) is DENIED.

3 Petitioner's motion for reconsideration (docket no. 7) is DENIED without prejudice.

4 The clerk shall transmit the file, including a copy of this order, to the Court of Appeals.

5 See Fed. R. App. P. 22(b).[1]

6 IT IS SO ORDERED.

7 DATED: __5/5/08__  *Ronald M. Whyte*

8 RONALD M. WHYTE
United States District Judge

___

27 [1] Petitioner may then ask the Court of Appeals to issue the certificate, see Fed. R. App. P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, see Fed. R.

28 App. P. 22(b)(2).

Order Denying Petitioner's Request for Certificate of Appealability; Denying Petitioner's Motion for Reconsideration
P:\pro-se\sj.rmw\hc.07\Cheng232coaden         3